UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    TANYA S SCHNECK  
    BRUCE M SCHNECK  
    Debtor(s)

Case No. 11-43417

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/26/2011.

2) The plan was confirmed on 01/31/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/11/2012.

5) The case was converted on 07/25/2012.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $38,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,460.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,460.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $148.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,648.78** |

Attorney fees paid and disclosed by debtor:     $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAMS LIC | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL & WELLNESS | Unsecured | 1,580.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | 20,123.99 | 20,123.99 | 20,123.99 | 1,811.22 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BACK BOWL I LLC SERIES B | Unsecured | 831.00 | 821.69 | 821.69 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 748.00 | 748.15 | 748.15 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 872.00 | 872.18 | 872.18 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,694.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 3,091.00 | 2,730.47 | 2,730.47 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,906.00 | 2,200.97 | 2,200.97 | 0.00 | 0.00 |
| CENTURY TILE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,894.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 718.00 | 717.91 | 717.91 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 3,283.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Unsecured | 2,286.00 | 1,081.94 | 1,081.94 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 4,957.00 | 6,178.24 | 6,178.24 | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,815.18 | 11,815.18 | 11,815.18 | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 996.00 | 996.45 | 996.45 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,106.00 | 1,106.05 | 1,106.05 | 0.00 | 0.00 |
| MAIN STREET | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,996.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | NA | 459.91 | 459.91 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 1,804.32 | 1,804.32 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 848.00 | 863.51 | 863.51 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,724.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,949.00 | 1,948.66 | 1,948.66 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MGMT | Unsecured | 973.00 | 2,172.09 | 2,172.09 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 546.00 | 554.70 | 554.70 | 0.00 | 0.00 |
| MIDWEST CREDIT & COLLECTION | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SRV | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AMERICAN CREDIT CORP | Unsecured | NA | 9,541.85 | 9,541.85 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 345.28 | 345.28 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSP | Unsecured | 1,206.00 | 1,935.31 | 1,935.31 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS 1 LLC | Unsecured | 648.00 | 648.05 | 648.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,040.00 | 1,040.15 | 1,040.15 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 534.00 | 534.46 | 534.46 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 399.00 | 463.38 | 463.38 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 514.00 | 514.23 | 514.23 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 533.00 | 532.93 | 532.93 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 2,286.91 | 2,286.91 | 0.00 | 0.00 |
| STANISLAUS CREDIT | Unsecured | NA | 117.00 | 117.00 | 0.00 | 0.00 |
| STERLING JEWELERS | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 1,094.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATIO | Unsecured | 361.00 | 361.04 | 361.04 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $20,123.99 | $1,811.22 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,123.99** | **$1,811.22** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,815.18 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,815.18** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,577.83** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,648.78 |
| Disbursements to Creditors | $1,811.22 |
| **TOTAL DISBURSEMENTS** : | **$3,460.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/15/2012          By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**